UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
SOFTWARE FOR MOVING, INC., a New
York Corporation,

                    Plaintiff,

               v.

LA ROSA NEW YORK DEL MONTE
EXPRESS, INC., a New York Corporation, and
LA ROSA NEW YORK DEL MONTE
EXPRESS (CHICAGO), LLC, an Illinois Limited
Liability Company,

                    Defendants.
-----------------------------------------------------------------x

CASE NUMBER: 08-cv-00986 (JGK)

Assigned Judge: John G. Koeltl

Designated
Magistrate Judge: Douglas Eaton

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and solely to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, La Rosa New York Del Monte Express, Inc., certifies that Defendant is not a publicly traded company and has no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: White Plains, New York
       February 20, 2008

                                  HARRINGTON, OCKO & MONK, LLP

                                  s/ Kevin J. Harrington
                        By:_____
                            Kevin J. Harrington (KH-5027)
                            John T. A. Rosenthal (JR-4819)
                            HARRINGTON, OCKO & MONK, LLP
                            *Attorneys for Defendants*
                            81 Main Street, Suite 215
                            White Plains, New York 10601
                            Telephone: (914) 686-4800