UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
SOFTWARE FOR MOVING, INC., a New
York Corporation,

            Plaintiff,

            v.

LA ROSA NEW YORK DEL MONTE
EXPRESS, INC., a New York Corporation, and
LA ROSA NEW YORK DEL MONTE
EXPRESS (CHICAGO), LLC, an Illinois Limited
Liability Company,

            Defendants.
-------------------------------------------------------------------x

CASE NUMBER: 08-cv-00986 (JGK)

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing **Rule 7.1 Statement as to La Rosa New York Del Monte Express, Inc.** was served by United States Postal Service First Class Mail upon:

      Francis J. Leyhane, III, Esq.
      LEYHANE & ASSOCIATES, LTD.
      205 West Randolph Street
      Suite 1320
      Chicago, IL 60606

this 20th day of February, 2008.

Dated:  White Plains, New York
          February 20, 2008

                                                        John T.A. Rosenthal (JR-4819)