UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

SOFTWARE FOR MOVING, INC., a New York Corporation,

        Plaintiff,

v.

LA ROSA NEW YORK DEL MONTE EXPRESS, INC., a New York Corporation, and LA ROSA NEW YORK DEL MONTE EXPRESS (CHICAGO), LLC, an Illinois Limited Liability Company,

        Defendants.

---------------------------------------------------------------x

CASE NUMBER: 08-cv-00986 (JGK)

Assigned Judge: John G. Koeltl

Designated Magistrate Judge: Douglas Eaton

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and solely to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, La Rosa New York Del Monte Express (Chicago), LLC, certifies that Defendant is not a publicly traded company and has no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: White Plains, New York
       February 20, 2008

                                   HARRINGTON, OCKO & MONK, LLP

                                   s/ Kevin J. Harrington
                         By:_____
                             Kevin J. Harrington (KH-5027)
                             John T. A. Rosenthal (JR-4819)
                             HARRINGTON, OCKO & MONK, LLP
                             *Attorneys for Defendants*
                             81 Main Street, Suite 215
                             White Plains, New York 10601
                             Telephone: (914) 686-4800