UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
SOFTWARE FOR MOVING, INC., a New
York Corporation,

                Plaintiff,

       v.

LA ROSA NEW YORK DEL MONTE
EXPRESS, INC., a New York Corporation, and
LA ROSA NEW YORK DEL MONTE
EXPRESS (CHICAGO), LLC, an Illinois Limited
Liability Company,

                Defendants.
---------------------------------------------------------------x

CASE NUMBER: 08-cv-00986 (JGK)

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing **Rule 7.1 Statement as to La Rosa New York Del Monte Express (Chicago), LLC** was served by United States Postal Service First Class Mail upon:

      Francis J. Leyhane, III, Esq.
      LEYHANE & ASSOCIATES, LTD.
      205 West Randolph Street
      Suite 1320
      Chicago, IL 60606

this 20th day of February, 2008.

Dated:  White Plains, New York
         February 20, 2008

                                                    _____
                                                    John T.A. Rosenthal (JR-4819)