UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SOFTWARE FOR MOVING, INC., a New York Corporation,

            Plaintiff,

v.

LA ROSA NEW YORK NEW YORK DEL MONTE EXPRESS, INC., a New York Corporation, and LA ROSA NEW YORK DEL MONTE EXPRESS (CHICAGO), LLC, an Illinois Limited Liability Company,

            Defendants.

------------------------------------------------------------x

CASE NUMBER: 08-cv-00986 (JGK)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Answer and Counterclaims** was served by United States Postal Service First Class Mail upon:

Francis J. Leyhane, III, Esq.
LEYHANE & ASSOCIATES, LTD.
205 West Randolph Street
Suite 1320
Chicago, IL 60606

this 20th day of February, 2008.

Dated:  White Plains, New York
        February 20, 2008

                                                  John T.A. Rosenthal (JR-4819)