UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
SOFTWARE FOR MOVING, INC., a New York Corporation,

          Plaintiff,

    v.

LA ROSA NEW YORK DEL MONTE EXPRESS, INC., a New York Corporation, and LA ROSA NEW YORK DEL MONTE EXPRESS (CHICAGO), LLC, an Illinois Limited Liability Company,

          Defendants.
---------------------------------------------------------------x

CASE NUMBER: 08-cv-00986 (JGK)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Rule 7.1 Statement as to La Rosa New York Del Monte Express, Inc.** was served by United States Postal Service First Class Mail upon:

    Francis J. Leyhane, III, Esq.
    LEYHANE & ASSOCIATES, LTD.
    205 West Randolph Street
    Suite 1320
    Chicago, IL 60606

this 20th day of February, 2008.

Dated: White Plains, New York
       February 20, 2008

                                      John T.A. Rosenthal (JR-4819)