UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| SOFTWARE FOR MOVING, INC., a New York Corporation, | CASE NUMBER: 08-cv-00986 (JGK) |
| Plaintiff, | Assigned Judge: John G. Koeltl |
| v. | Designated Magistrate Judge: Douglas Eaton |
| LA ROSA NEW YORK DEL MONTE EXPRESS, INC., a New York Corporation, and LA ROSA NEW YORK DEL MONTE EXPRESS (CHICAGO), LLC, an Illinois Limited Liability Company, | NOTICE OF MOTION<br><br>ECF CASE |
| Defendants. | |

---------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Kevin Harrington, dated February 21, 2008, and the exhibits thereto, and the accompanying Memorandum of Law dated February 21, 2008, Defendants, La Rosa New York Del Monte Express, Inc. and La Rosa New York Del Monte Express (Chicago), LLC, will move this Court, before the Honorable John G. Koeltl, at the Courthouse located at 500 Pearl Street, New York, New York 10007, on March 21, 2008 at 9:30 a.m., or as soon as the Court so directs, for an Order granting reconsideration and relief from the stay of Arbitration contained in the December 7, 2007 Order of the Hon. Joan B. Gotschall pursuant to Federal Rule of Civil Procedure 60(b), and granting such other and further relief as the Court deems just and proper.

Dated: White Plains, New York
       February 21, 2008

                              Respectfully submitted,

                              s/ Kevin J. Harrington
                          By:_____
                              Kevin J. Harrington (KH-5027)

        John T. A. Rosenthal (JR-4819)
        HARRINGTON, OCKO & MONK, LLP
        *Attorneys for Defendants*
        *LA ROSA NEW YORK DEL MONTE EXPRESS, INC. and LA ROSA NEW YORK DEL MONTE EXPRESS (CHICAGO), LLC*
        81 Main Street, Suite 215
        White Plains, New York 10601
        Telephone:  (914) 686-4800
        Facsimile:   (914) 686-4824

TO:    Francis J. Leyhane, III, Esq.
        LEYHANE & ASSOCIATES, LTD.
        *Attorneys for Plaintiff*
        *SOFTWARE FOR MOVING, INC.*
        205 West Randolph Street
        Suite 1320
        Chicago, IL 60606