UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
SOFTWARE FOR MOVING, INC., a New
York Corporation,

              Plaintiff,

      v.

LA ROSA NEW YORK DEL MONTE
EXPRESS, INC., a New York Corporation, and
LA ROSA NEW YORK DEL MONTE
EXPRESS (CHICAGO), LLC, an Illinois Limited
Liability Company,

              Defendants.
-----------------------------------------------------------------x

CASE NUMBER: 08-cv-00986 (JGK)

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing **Notice of Motion** was served by United States Postal Service First Class Mail upon:

      Francis J. Leyhane, III, Esq.
      LEYHANE & ASSOCIATES, LTD.
      205 West Randolph Street
      Suite 1320
      Chicago, IL 60606

this 21st day of February, 2008.

Dated:  White Plains, New York
        February 21, 2008

_____
John T.A. Rosenthal (JR-4819)