UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
SOFTWARE FOR MOVING, INC., a New
York Corporation,

                 Plaintiff,

        v.

LA ROSA NEW YORK DEL MONTE
EXPRESS, INC., a New York Corporation, and
LA ROSA NEW YORK DEL MONTE
EXPRESS (CHICAGO), LLC, an Illinois Limited
Liability Company,

                 Defendants.
-------------------------------------------------------------x

CASE NUMBER: 08-cv-00986 (JGK)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Defendants' Memorandum of Law in Support of Motion for Reconsideration and Relief from the Stay of Arbitration Contained in December 7, 2007 Order** was served by United States Postal Service First Class Mail upon:

    Francis J. Leyhane, III, Esq.
    LEYHANE & ASSOCIATES, LTD.
    205 West Randolph Street
    Suite 1320
    Chicago, IL 60606

this 21st day of February, 2008.

Dated:  White Plains, New York
          February 21, 2008

                                                   John T.A. Rosenthal (JR-4819)