UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
SOFTWARE FOR MOVING, INC., a New
York Corporation,

               Plaintiff,

    v.

LA ROSA NEW YORK DEL MONTE
EXPRESS, INC., a New York Corporation, and
LA ROSA NEW YORK DEL MONTE
EXPRESS (CHICAGO), LLC, an Illinois Limited
Liability Company,

               Defendants.
---------------------------------------------------------------x

CASE NUMBER: 08-cv-00986 (JGK)

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing **Declaration of Kevin J. Harrington in Support of Defendants' Motion for Reconsideration and Relief** was served by United States Postal Service First Class Mail upon:

    Francis J. Leyhane, III, Esq.
    LEYHANE & ASSOCIATES, LTD.
    205 West Randolph Street
    Suite 1320
    Chicago, IL 60606

this 21st day of February, 2008.

Dated:  White Plains, New York
          February 21, 2008

                                                  _____
                                                  John T.A. Rosenthal (JR-4819)