

**WEDEEN & KAVANAGH**
*COUNSELLORS AT LAW*

-Timothy Wedeen, Member NY and NJ Bars
-Christine Kavanagh, Member NJ Bar

| | |
|---|---|
| 137 Fifth Avenue | 61 West Ivy Lane |
| 10th Floor | Ground Floor |
| New York, NY  10010 | Englewood, NJ  07631 |
| Telephone: (646) 230-8266 | Telephone: (201) 925-7461 |
| Facsimile: (646) 349-5888 | Facsimile: (201) 584-0319 |
| timothy.wedeen@gmail.com | cbkjd@aol.com |

March 17, 2008

Hon. John G. Koeltl, USDJ
Chambers
500 Pearl Street
New York, NY  10007
Via facsimile only: 212-805-7912

*[Handwritten memo endorsement: Time to respond to the motion, and time to move or answer, extended to April 4, 2008. So ordered. 3/17/08  J.G. Koeltl U.S.D.J.]*

Re:  Software for Moving v. La Rosa Del Monte
Docket: 1:08-CV-00986-JGK

Dear Judge Koeltl:

This firm has been retained as local counsel in the above referenced action.

There is presently pending before the Court a motion for reconsideration filed by the defendant La Rosa Del Monte Express. The motion is returnable on March 21, 2008.

I am requesting an enlargement of time to respond to defendant's motion. Not only is defendant's motion improper in timing and form (there is a ten (10) day time limit to move for reconsideration, and the only filing permitted is a memorandum of law) under the Local Rules, there is also the issue of whether the motion must be referred back the original judge, Judge Gotschall in the Northern District of Illinois.

I am respectfully requesting approximately twenty (20) days additional time, or such other time

as the Court is willing to grant, to respond, as I need to confer with counsel of record in Chicago regarding the defendant's motion for reconsideration. I would also ask that our time to answer or otherwise plead to the Defendants' 14 Affirmative Defenses and 132-paragraph Counterclaims be enlarged by the same period of time.

Please have your clerk contact me at my New York offices if the Court has any questions or concerns.

A copy of this letter has been faxed to opposing counsel at 914-686-4824.

Respectfully submitted,

Timothy Wedeen (TW-4650)