UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
SOFTWARE FOR MOVING, INC., a New
York Corporation
                          Plaintiff                  Case No.: 08-cv-00986 (JGK)

      v.

LA ROSA DEL MONTE EXPRESS, INC.,
A New York Corporation and LA ROSA DEL    NOTICE OF APPEARANCE
MONTE EXPRESS (CHICAGO) LLC, an
Illinois Limited Liability Company,
                        Defendants.
---------------------------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:


Please enter my appearance as counsel of record for the plaintiff in this action.

I certify that I am admitted to practice in this Court.

Dated:  New York, New York
          March 25, 2008

                                                  Respectfully submitted,

                                                  /s Timothy Wedeen

                                                  _____
                                                  Timothy Wedeen (TW-4650)
                                                  Wedeen and Kavanagh
                                                  137 5th Avenue, 10th Floor
                                                  New York, NY  10010
                                                  (646) 230-8266