12-20-2007 10:47   WEDEEN AND KAVANAGH 1205430318

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SOFTWARE FOR MOVING, INC., a New York Corporation, | ) ) ) | ECF CASE |
| Plaintiff, | ) ) | Case No. 08-cv-00986 (JGK) |
| vs. | ) ) | Assigned Judge: John Koeltl |
| LA ROSA DEL MONTE EXPRESS, INC., a New York Corporation, and LA ROSA DEL MONTE EXPRESS (CHICAGO), LLC, an Illinois Limited Liability Company, | ) ) ) ) ) ) | STIPULATION AND ORDER |
| Defendants. | ) | |

Pursuant to the March 18, 2008 Order of the Court and the Hearing before the Court on April 1, 2008:

**IT IS HEREBY STIPULATED AND AGREED**, that Plaintiff, SOFTWARE FOR MOVING, INC.'s ("SFM") time to file and serve opposition papers to the Motion by Defendants, LA ROSA DEL MONTE EXPRESS, INC. and LA ROSA DEL MONTE EXPRESS (CHICAGO), LLC ("Defendants") is hereby extended to April 25, 2008.

**IT IS FURTHER STIPULATED AND AGREED**, that Defendants' reply papers will be filed and served no later than May 26, 2008.

**IT IS FURTHER STIPULATED AND AGREED**, that Plaintiff has until April 25, 2008 by which to serve and file an answer to Defendants' counterclaims in this matter.

**IT IS FURTHER ORDERED BY THE COURT**, that enforcement of Judge Gotschall's December 7, 2007 Order regarding a hearing on the issue of arbitrability of this dispute is stayed upon the Court's direction during the April 1, 2008 hearing pending resolution of motion in this matter.

12-20-2007 10:47   WEDEEN AND KAVANAGH 1205430318                                      PAGE2

This Stipulation may be filed without further notice with the Clerk of the Court, may be executed by any of the signatories hereto in separate counterparts, and which taken together shall constitute this Stipulation, and facsimile signatures are to be accepted as originals.

Dated: April 21, 2008

By: _____
Timothy Wedeen (TW-4650)
Wedeen & Kavanagh
*Attorneys for Plaintiff*
SOFTWARE FOR MOVING, INC.
137 Fifth Avenue, 10th Floor
New York, NY 10010

Dated: April 15, 2008

By: _____
John T.A. Rosenthal
Harrington, Ocko & Monk, LLP
*Attorneys for Defendants*
LA ROSA DEL MONTE EXPRESS, INC.
and LA ROSA DEL MONTE EXPRESS
(CHICAGO), INC.
81 Main Street – Suite 215
White Plains, NY 10601

SO ORDERED:

_____
Hon. John G. Koeltl, U.S.D.J.
United States District Court Judge

4/22/08