United States District Court
Southern District of New York

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08
```

---

SOFTWARE FOR MOVING, INC.,

                    Plaintiff,        08 Civ. 986 (JGK)

    - against -                    ORDER

LA ROSA DEL MONTE EXPRESS, INC.,

                    Defendant.

---

JOHN G. KOELTL, District Judge:

The parties shall provide the Court with a proposed schedule for discovery on the issue of whether the parties agreed to arbitrate. A hearing is scheduled for **September 12, 2008 at 2:00 p.m.**

SO ORDERED.

Dated: New York, New York
       July 11, 2008

                                    John G. Koeltl
                                United States District Judge