UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

SOFTWARE FOR MOVING, INC.,

          Plaintiff,        08 Civ. 986 (JGK)

   - against -          ORDER

LA ROSA DEL MONTE EXPRESS, INC.,
ET AL.,

          Defendants.
---

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record at the conference held on July 28, 2009, the plaintiff's Emergency Motion to Stay Order Pending Appeal is **denied**, except that the Court will stay its Opinion and Order dated June 22, 2009 until **August 4, 2009** to allow the plaintiff to seek a stay from the Court of Appeals for the Second Circuit. The Clerk is directed to close Docket No. 48.

SO ORDERED.

Dated:  New York, New York
       July 28, 2009

                                              John G. Koeltl
                                    United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/09

1